No. 74–6019.   Steele v. Supreme Court of Colorado et al.   Motion to expedite consideration denied.   Mr. Justice Marshall took no part in the consideration or decision of this motion.*

No. 74–5788.   Mastrian v. Cudd, U. S. Magistrate, District of Minnesota, et al.   Motion for leave to file petition for writ of mandamus and/or habeas corpus denied.

No. 74–5435.   Imbler v. Pachtman, District Attorney.   C. A. 9th Cir.   Motion for leave to proceed in forma pauperis and certiorari granted.

No. 74–188.   Texas v. Landry.   Ct. Civ. App. Tex., 9th Sup. Jud. Dist.   Certiorari denied.

No. 74–416.   Matarazzo v. South Carolina.   Sup. Ct. S. C.   Certiorari denied.

No. 74–431.   Vita Food Products of Illinois, Inc. v. United States.   C. A. 7th Cir.   Certiorari denied.

No. 74–556.   Calabrese, Mayor of Sand City, et al. v. Avery et al.; and
No. 74–831.   Avery et al. v. Calabrese, Mayor of Sand City, et al.   C. A. 9th Cir.   Certiorari denied.

No. 74–567.   Peel v. United States; and
No. 74–593.   Myers v. United States.   C. A. 5th Cir.   Certiorari denied.   Reported below: 497 F. 2d 1369.

*See also first note, supra, p. 940.